UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NANCY WEST, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:10-CV-28 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA and JOHNSON CONTROLS, ) | |
| INC., LONG TERM DISABILITY PLAN, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

On February 8, 2010, United States Magistrate Susan K. Lee filed a report and recommendation (Court File No. 3) recommending the Court deny Plaintiff Nancy West's ("Plaintiff") motion to proceed *in forma pauperis*. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 3) pursuant to 28 U.S.C. § 636(b)(1) and **DENIES** Plaintiff's motion to proceed *in forma pauperis* (Court File No. 1).

    **SO ORDERED.**

    **ENTER:**

                                        **/s/**
                                        **CURTIS L. COLLIER**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**